UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORMAN RUND,

              Plaintiff,

- against -

JP MORGAN CHASE GROUP LONG-TERM DISABILITY PLAN and HARTFORD LIFE & ACCIDENT INSURANCE COMPANY,

              Defendants.

**ECF CASE**

**ORDER**

10 Civ. 5284 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       This Court adopts the following scheduling order with regard to the parties' proposed motions for summary judgment:

    a. Moving papers will be served by May 7, 2011.

    b. Opposition papers will be served by June 7, 2011.

    c. Reply papers will be served by June 21, 2011.

Dated: New York, New York
        April 5, 2011

                            SO ORDERED.

                            _____
                            Paul G. Gardephe
                            United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/11
```