UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

NORMAN RUND,

               Plaintiff,

Case No. 10-CV-5284 (PGG)

-against-

JPMORGAN CHASE BANK GROUP
LONG TERM DISABILITY
INSURANCE PLAN, et al.

               Defendant.
--------------------------------------------------------

**NOTICE OF CHANGE OF ADDRESS**

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending       [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

MICHAEL H. BERNSTEIN
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MB-0579    My State Bar Number is 2104347

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Sedgwick, Detert, Moran & Arnold, LLP
                    FIRM ADDRESS: 125 Broad Street, 39th FL, New York, NY 10004
                    FIRM TELEPHONE NUMBER: (212) 422-0202
                    FIRM FAX NUMBER: (212) 422-0925

NEW FIRM:    FIRM NAME: Sedgwick LLP
                    FIRM ADDRESS: 125 Broad Street, 39th FL, New York, NY 10004
                    FIRM TELEPHONE NUMBER: (212) 422-0202
                    FIRM FAX NUMBER: (212) 422-0925

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: April 27, 2011                     /s/ Michael H. Bernstein
                                        ATTORNEY'S SIGNATURE

## CERTIFICATE OF SERVICE

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF CHANGE OF ADDRESS** was served by **ECF** on April 27, 2011, upon the following:

> John W. DeHaan, Esq.
> DEHAAN BUSSE, LLP
> 300 Rabro Drive East, Suite 101
> Hauppauge, New York 11788
> Tel.: (631) 582-1200
> Fax: (631) 582-1228
> ***Attorneys for Plaintiff***

/s/
_____
MICHAEL H. BERNSTEIN  (MB-0579)