UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
CASALINO                                              Docket Number: 09 CV 2583 (LAP)

    -against-                                      NOTICE OF REASSIGNMENTS

NYS CATHOLIC HEALTH PLAN
-------------------------------------------------------
TORPEY                                                Docket Number: 10 CV 9521 (LAP)

    -against-

CMA MECH. CONST.
-------------------------------------------------------
RUND                                                  Docket Number: 10 CV 5284 (LAP)

    -against-

JP MORGAN
-------------------------------------------------------
MICROSOFT                                             Docket Number: 08 CV 7180 (LAP)

    -against-

PLAZA CONST.
-------------------------------------------------------
MURPHY                                                Docket Number: 10 CV 6055 (LAP)

    -against-

IBM
-------------------------------------------------------
        The above-entitled actions are:

[ X ] Reassigned to the Hon. LORETTA A. PRESKA (LAP)

All further documents submitted in this action must bear the Judge's initials after the docket number.

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Reassignment on all defendants.

                                                                                                     Ruby J. Krajick
                                                                                                     Clerk of Court

Dated: 09/28/2011                                                                By:      PHYLLIS ADAMIK
                                                                                                      Deputy Clerk