UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/11

----------------------------------------------------------

Norman Rund,                                  :        10 CV 5284  (LAP)

                 Plaintiff,                  :        **MEMORANDUM**

      v.                                          :

JP Morgan Chase Group Long Term Disability    :
Plan Ltd., et al.,                            :

               Defendant.                  :

----------------------------------------------------------X

LORETTA A. PRESKA, Chief  United States District Judge:

The parties are informed that one of my children is an entry level professional

employee of JP Morgan Chase or an affiliate.


SO ORDERED:

Dated: New York, New York
       September 30, 2011


LORETTA A. PRESKA, CHIEF U.S.D.J.