USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/30/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NORMAN RUND,

                Plaintiff,

        -against-

JPMORGAN CHASE GROUP LONG TERM
DISABILITY PLAN and HARTFORD LIFE &
ACCIDENT INSURANCE COMPANY,
                Defendants.
------------------------------------------------------------X

10 **CIVIL** 5284 (LAP)

**JUDGMENT**

      The parties having cross-moved for summary judgment, and the matter having come before the Honorable Loretta A. Preska, United States District Judge, and the Court, on March 30, 2012, having rendered its Memorandum and Order granting Defendants' motion for summary judgment, and denying Plaintiff's motion for summary judgment, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 30, 2012, Defendants' motion for summary judgment is granted, and Plaintiff's motion for summary judgment; accordingly, the case is closed.

**Dated:** New York, New York
        March 30, 2012

                                      **RUBY J. KRAJICK**

                                      **Clerk of Court**

            **BY:**

                                      **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____