UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X
NORMAN RUND,                              :      10 Civ. 5284(LAP)
                                          :
                 Plaintiff,               :
                                          :                ORDER
       v.                                 :
                                          :
JPMORGAN CHASE GROUP LONG TERM            :
DISABILITY PLAN and HARTFORD LIFE &       :
ACCIDENT INSURANCE COMPANY,               :
                                          :
                 Defendants.              :
------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 4/3/12

LORETTA A. PRESKA, Chief United States District Judge:

   For the reasons set forth in the Court's Memorandum and Order dated March 30, 2012 [dkt. no. 44], Defendants' claim for equitable restitution of overpayments to Plaintiff Norman Rund in the amount of $49,507.14 is GRANTED.

SO ORDERED.

Dated:   New York, New York

         April 3, 2012

                                   _____
                                   LORETTA A. PRESKA,
                                   CHIEF U.S.D.J.